JOSEPH E. MALONEY
Attorney at Law
Joseph E. Maloney (SBN 95458)
Joseph.maloney@jmaloneylaw.com
660 Auburn Folsom Road, Suite 202
Auburn, California 95603
Telephone: (530) 885-7787
Facsimile: (530) 885-7784

Attorneys for Plaintiff
MANDY SANDERSON

SEYFARTH SHAW LLP
Mark P. Grajski (SBN 178050)
Email: mgrajski@seyfarth.com
Lindsay S. Fitch (SBN 238227)
Email: lfitch@seyfarth.com
Geoffrey C. Westbrook (SBN 281961)
Email: gwestbrook@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:    (916) 448-0159
Facsimile:     (916) 558-4839

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDY SANDERSON, | Case No. 2:14-CV-02353-WBS-AC |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |
| v. | |
| COSTCO WHOLESALE CORPORATION, a Washington corporation, | |
| Defendant. | |

The parties, through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure, hereby stipulate that this action may be and is dismissed with prejudice, each party to bear their own costs and attorney's fees.

///

///

1
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER
20864301v.1

DATED:  October 12, 2015

JOSEPH E. MALONEY,
Attorney at Law

By   /s/ Joseph E. Maloney
    Joseph E. Maloney
Attorneys for Plaintiff
MANDY SANDERSON

DATED:  October 12, 2015

SEYFARTH SHAW LLP

By   /s/ Geoffrey C. Westbrook
    Mark P. Grajski
    Lindsay S. Fitch
    Geoffrey C. Westbrook
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

**ORDER**

Upon reading and filing of the above Stipulation, and the Court being fully advised, IT IS HEREBY ORDERED that Plaintiff's civil action against Defendant Costco Wholesale Corporation, be dismissed with prejudice, each party to bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated:  October 13, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE